UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PAUL ANTHONY RUPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. CATE, Secretary of<br>Corrections, et. al.,<br><br>　　　　　Defendants. | NO. CV-08-2454-EFS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT DOCUMENTS** |

　　Before the Court is *pro se* state prisoner Plaintiff Paul Anthony Rupe's Complaint, alleging various constitutional and statutory violations arising from his Druid/Toltec beliefs. (Ct. Rec. 1.) Under the Prisoner Litigation Reform Act of 1995, the Court is required to screen prisoner complaints seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious, claims that fail to state a claim upon which relief may be granted, and claims that seek monetary relief from a defendant who is immune from such relief are properly dismissed. *Id.* §§ 1915A(b)(1), (2) & 1915(e)(2).

ORDER * 1

After review, the Court finds the complaint states plausible First and Fourteenth Amendment claims under 42 U.S.C. § 1983, as well as plausible claims under the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc-1 *et. seq.*, and orders Plaintiff to prepare and return service documents so that the U.S. Marshals may serve the complaint on all named Defendants.

Accordingly, **IT IS HEREBY ORDERED**:

1. Service is appropriate for all named Defendants.

2. The Clerk of Court shall immediately send Plaintiff a USM-285 form for each Defendant to be served, as well as a summons, instruction sheet, and a copy of the complaint (Ct. Rec. 1).

3. Within **forty-five (45) days** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the Court:

    a.   The completed Notice of Submission of Documents;

    b.   One completed summons;

    c.   One completed USM-285 form for each Defendant listed in paragraph 1 above; and

    d.   twenty-two (22) copies of the complaint (Ct. Rec. 1).

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. After receiving the above-described documents, the Court will issue a separate Order requiring the U.S. Marshals to serve each Defendant listed in paragraph 1.

5. The Court cautions Plaintiff that failing to submit the above-described documents within **forty-five (45) days** will be construed as

ORDER \* 2

permission to **dismiss this lawsuit** under Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and the U.S. Marshals Service.

**DATED** this  29th  day of January 2009.


                            S/ Edward F. Shea
                            EDWARD F. SHEA
                       United States District Judge

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2454.FillOut.wpd

ORDER * 3

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                         SACRAMENTO DIVISION
```

| | |
|---|---|
| PAUL ANTHONY RUPE,<br><br>        Plaintiff,<br><br>    v.<br><br>M. CATE, Secretary of<br>Corrections, et. al.,<br><br>        Defendants. | NO. CV-08-2454-EFS (PC)<br><br>NOTICE OF SUBMISSION OF<br>DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the Court's Order filed _____:

    _____    completed summons form;

    _____    completed USM-285 forms; and

    _____    copies of the complaint (Ct. Rec. 1).

DATED: _____

                              _____
                                        Plaintiff

ORDER * 4