UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PAUL ANTHONY RUPE,<br><br>        Plaintiff,<br><br>    v.<br><br>M. CATE, Secretary of Corrections, et. al.,<br><br>        Defendants. | NO. CV-08-2454-EFS (PC)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

    Before the Court, without oral argument, is *pro se* Plaintiff Paul Anthony Rupe's Motion for Appointment of Counsel (Ct. Rec. 30), filed July 9, 2009. District courts have discretion to designate counsel under 28 U.S.C. § 1915(e)(1) only under exceptional circumstances. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Determining whether exceptional circumstances exist requires evaluating "the likelihood of success on the merits and plaintiff's ability to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Id*. (citation omitted).

    The Court reviewed Plaintiff's Complaint and finds that Plaintiff is able to clearly articulate his claims *pro se* in light of the complexity of the First and Fourteenth Amendment issues involved. Given the Court's findings, and the fact that the Court previously provided

ORDER * 1

Plaintiff with instructions on how to present a sufficient 42 U.S.C. § 1983 claim, the record does not reflect exceptional circumstances warranting the appointment of counsel to assist Plaintiff at this time.[1]

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's Motion for Appointment of Counsel **(Ct. Rec. 30)** is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this   3rd   day of August 2009.

s/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

C:\WINDOWS\Temp\notes101AA1\2454.Deny.Counsel.wpd

---

[1] Additionally, Plaintiff's transfer to a more secure prison with less access to legal materials does not justify appointment of counsel.

ORDER * 2