UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PAUL ANTHONY RUPE,<br><br>        Plaintiff,<br><br>    v.<br><br>M. CATE, Secretary of Corrections, et. al.,<br><br>        Defendants. | NO. CV-08-2454-EFS (PC)<br><br>**ORDER GRANTING AND DENYING IN PART DEFENDANTS' MOTION TO STAY** |

Plaintiff Paul Anthony Rupe is an inmate at California State Prison, Los Angeles County. He filed this suit against Defendants based on alleged violations of the First and Fourteenth Amendments, as well as the Religious Land Use and Institutionalized Persons Act. Plaintiff moved for partial summary judgment on his claims. (Ct. Rec. 37.) Defendants now move to stay their response to this Motion. (Ct. Rec. 38.)

Because Defendants filed a Motion to Dismiss all of Plaintiff's claims (Ct. Rec. 33), the Court finds good cause to extend Defendants' summary judgment response time until after the Court rules on the Motion to Dismiss.

Accordingly, **IT IS HEREBY ORDERED**:

1. A hearing on Defendants' Motion to Dismiss **(Ct. Rec. 33)** is **SET** for October 20, 2009, without oral argument.

ORDER * 1

1 | 2. Defendants' Motion to Stay Opposition to Motion for Summary Judgment **(Ct. Rec. 38)** is **GRANTED AND DENIED IN PART.** Defendants shall file their Opposition to Motion for Summary Judgment, if necessary, by **November 3, 2009.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this ___1st___ day of October 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2454.Stay.wpd

ORDER * 2