1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
9                 SACRAMENTO DIVISION

10  PAUL ANTHONY RUPE,

11              Plaintiff,          NO. CV-08-2454-EFS (PC)

12        v.
                                    **ORDER REQUIRING PLAINTIFF TO**
13  M. CATE, Secretary of           **SUBMIT DOCUMENTS**
    Corrections, et. al.,
14
                Defendants.
15

16      Before the Court is pro se state prisoner Plaintiff Paul Anthony
17  Rupe's First Amended Complaint, alleging various constitutional and
18  statutory violations arising from suppression of his Druid beliefs. (Ct.
19  Rec. 51.)  Under the Prisoner Litigation Reform Act of 1995, the Court
20  is required to screen prisoner complaints seeking relief against a
21  governmental entity or an officer or employee of a governmental entity.
22  28 U.S.C. § 1915A(a).  Claims that are legally frivolous or malicious,
23  claims that fail to state a claim upon which relief may be granted, and
24  claims that seek monetary relief from a defendant who is immune from such
25  relief are properly dismissed.  *Id.* §§ 1915A(b)(1), (2) & 1915(e)(2).
26

ORDER * 1

After review, the Court finds the complaint states plausible First and Fourteenth Amendment claims under 42 U.S.C. § 1983, as well as plausible claims under the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc-1 *et. seq.*, and orders Plaintiff to prepare and return service documents so that the U.S. Marshals may serve the complaint on all heretofore-unserved named Defendants.

Accordingly, **IT IS HEREBY ORDERED**:

1. Service is appropriate for all heretofore-unserved named Defendants (J. Burkard, H. Lackner, B. Rathjen, M. Bennett, L.B. Reaves, M. Allen, R. Nakanoto, B.M. Cash, C. Fortson, J. Sebok, A. Omeira, Bowen, K. Bradford, M. Beuchter, and L. Rushing).

2. The Clerk of Court shall immediately send Plaintiff a USM-285 form for each Defendant to be served, as well as a summons, instruction sheet, and a copy of the complaint (Ct. Rec. 51).

3. Within **forty-five (45) days** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the Court:

   a. The completed Notice of Submission of Documents;
   b. One completed summons;
   c. One completed USM-285 form for each Defendant listed in paragraph 1 above; and
   d. Fifteen (15) copies of the First Amended Complaint (Ct. Rec. 51).

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. After receiving the above-described

ORDER * 2

documents, the Court will issue a separate Order requiring the U.S. Marshals to serve each Defendant listed in paragraph 1.

5. The Court cautions Plaintiff that failing to submit the above-described documents within **forty-five (45) days** will be construed as permission to **dismiss this lawsuit** under Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and the U.S. Marshals Service.

**DATED** this___25th_____ day of March 2010.


                     s/Edward F. Shea
                      EDWARD F. SHEA
                United States District Judge

Q:\Civil\Other Cts\CA-ED\ED.CA.08.2454.FillOut2.wpd

ORDER * 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

PAUL ANTHONY RUPE,

        Plaintiff,

   v.

M. CATE, Secretary of Corrections, et. al.,

        Defendants.

NO. CV-08-2454-EFS (PC)

NOTICE OF SUBMISSION OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the Court's Order filed _____:

    _____   completed summons form;

    _____   completed USM-285 forms; and

    _____   copies of the complaint (Ct. Rec. 1).

DATED: _____

                              _____
                              Plaintiff

ORDER * 4