UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

PAUL ANTHONY RUPE,

        Plaintiff,

    v.

M. CATE, Secretary of Corrections, et. al.,

        Defendants.

NO. CV-08-2454-EFS (PC)

**ORDER GRANTING DEFENDANTS JACKSON, MARTINEZ, WILLIAMS' MOTION FOR EXTENSION OF TIME AND SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

    Pending before the Court are Plaintiff Paul Anthony Rupe's Motion for Class Certification, ECF No. 115, and Motion for Judgment on Class Certification Pleadings without Opposition, ECF No. 125, and Defendants L. Jackson, L. Martinez, and D.J. Williams' Motion for Extension of Time to Respond to Second Amended Complaint, ECF No. 124. Defendants' motion seeks an extension of time August 15, 2012, to respond to the Second Amended Complaint, ECF No. 101. Mr. Rupe's first motion seeks certification of a plaintiff class pursuant to Federal Rule of Civil Procedure 23, and his second motion seeks to have his motion for class certification summarily granted because Defendants failed to timely respond to it.

ORDER * 1

1    Mr. Rupe filed the Second Amended Complaint in this matter on
2 December 14, 2011.  On January 26, 2012, after screening Mr. Rupe's
3 Second Amended Complaint, the Court directed Mr. Rupe to prepare and
4 return the necessary service documents within forty-five days, which he
5 did.  ECF Nos. 103 & 104.  On April 12, 2012, the Court directed service
6 of the Second Amended Complaint and set a telephonic scheduling
7 conference, which is set for August 28, 2012.  ECF Nos. 107 & 126.
8    Having reviewed Defendants Martinez, Jackson, and Williams' filing
9 and the record in this matter, the Court finds good cause to grant these
10 Defendants' motion and extends their deadline for answering the Second
11 Amended Complaint to August 15, 2012.  Because three Defendants have not
12 yet answered the Second Amended Complaint, the Defendants in this matter
13 will not be held to the class-certification response deadlines in the
14 Clerk of Court's Notice of Local Rule 230(l), ECF No. 118.  Instead,
15 Defendants must respond to Mr. Rupe's motion for class certification
16 within twenty-one (21) days of the deadline for the three above-mentioned
17 Defendants to answer the Complaint: September 5, 2012.  Mr. Rupe's reply,
18 if any, shall be filed within seven (7) days of the date that Defendants'
19 response is served.
20    Accordingly, **IT IS HEREBY ORDERED**:
21    1.  Defendants L. Jackson, L. Martinez, and D.J. Williams' Motion
22 for Extension of Time to Respond to Second Amended Complaint, ECF No.
23 124, is **GRANTED**.  These Defendants shall file and serve their answer to
24 the Second Amended Complaint **no later than August 15, 2012**.
25 //
26 /

ORDER * 2

2. Mr. Rupe's Motion for Judgment on Class Certification Pleadings without Opposition, **ECF No. 125**, is **DENIED**. The parties shall brief Mr. Rupe's Motion for Class Certification, ECF No. 115, as set forth above.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Mr. Rupe and defense counsel.

**DATED** this ___8th___ day of August 2012.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge

O:\Visiting Judges\ED.CA.08.2454.Extend.5.lc2.wpd

ORDER * 3