UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PAUL ANTHONY RUPE,<br><br>                Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, in his official capacity as Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>                Defendants. | No. CV-08-2454-EFS (PC)<br><br>**ORDER GRANTING IN PART AND HOLDING IN ABEYANCE IN PART DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** |

    Before the Court, without oral argument, is Defendants' Motion to Modify Scheduling Order, ECF No. 171. Defendants seeks an order modifying the April 18, 2013 scheduling order to extend the deadlines for filing pretrial documents in light of the pending Motion for Summary Judgment. The April 18, 2013 scheduling order, ECF No. 156, sets the deadline for witness and exhibit lists, deposition designations, and motions in limine for December 20, 2013. Having reviewed the pleadings, the Court finds good cause to grant an extension, and extend the December 20, 2013 deadlines until January 6, 2014. The Court holds the motion in abeyance as to extending the remaining deadlines, which will be addressed subsequent to the forthcoming order on Defendants' Motion for Summary Judgment.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Modify Scheduling Order, **ECF No. 171**, is **GRANTED IN PART** (December 20, 2013 deadlines) **AND HELD IN ABEYANCE IN PART** (remainder).

2. All witness and exhibit lists, deposition designations, and motions in limine, which were formerly due no later than December 20, 2013, **shall be filed no later than January 6, 2014**.

3. All other dates in the April 18, 2013 scheduling order, ECF No. 156, remain unchanged.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Mr. Rupe and to defense counsel.

**DATED** this   11th   day of December 2013.

                   s/ Edward F. Shea
                   EDWARD F. SHEA
          Senior United States District Judge

C:\Windows\Temp\notes87944B\08.2454.modify.so.gip.lc2.docx

ORDER - 2